

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-23-00108-CV

**IN THE MATTER OF THE MARRIAGE OF CURTIS T WILLIAMS AND
LARMETRICE NUNNALLY-WILLIAMS**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13598
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court's order at issue in this appeal was signed on November 2, 2022. A motion for new trial was filed on November 15, 2022. Assuming without deciding that the order was appealable, a notice of appeal was due on January 31, 2023, and a motion for extension of time to file a notice of appeal was due on February 14, 2023. *See* TEX. R. APP. P. 26.1, 26.3.

On February 3, 2023, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We **order** Appellant to **show cause** in writing within **ten days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2023.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court